IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRAD KITZEL,
    Plaintiff,

v.                                Civil No. 5:21-cv-04293-JMG

ACME CRYOGENICS, INC.,
    Defendant.

**O R D E R**

**AND NOW,** this 3rd day of March, 2022, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is:

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to the agreement of counsel without costs.

                                                      Kate Barkman
                                                      Clerk of Court

                                                      By:

                                                      */s/ Brian R. Dixon*
                                                      Brian R. Dixon
                                                      Deputy Clerk to Judge John M. Gallagher